## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**  
JUDGE

5614 United States Courthouse  
Independence Mall West  
Philadelphia, Pennsylvania 19106

267-299-7620

July 26, 2002

Re:   *ICN PHARMACEUTICALS, ET AL. V.*
*TEVA PHARMACEUTICALS USA, INC.*
**CIVIL ACTION NO. 02-CV-600**

*RIBAPHARM, INC. V. THREE RIVERS PHARMACEUTICALS, LLC*
**CIVIL ACTION NO. 02-CV-3231**

Dear Counsel:

Judge Schiller has re-scheduled the above-referenced cases for a **Rule 16 conference** from Monday, July 29, 2002, at 10:00 A.M. to **Wednesday, August 14, 2002 at 8:30 A.M.** in his chambers, **Room 5614**.

Very truly yours,

Patricia A. Callahan  
Deputy Clerk to  
Hon. Berle M. Schiller  
(267)299-7621