IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : : | |
| Plaintiff, | : : | Civil Action No.: 02-CV-3231 |
| vs. | : : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : : : | |
| Defendants. | : | |

**ORDER GRANTING ADMISSION PRO HAC VICE**

      AND NOW, this _____ day of _____, 2002, upon the motion of Ribapharm, Inc. and finding no opposition, it is ORDERED that Edward V. Filardi, Esquire, is hereby admitted pro hac vice.

BY THE COURT:

_____
United States District Judge

450736v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : : | |
| Plaintiff, | : : | Civil Action No.: 02-CV-3231 |
| vs. | : : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : : : | |
| Defendants. | : | |

**RIBAPHARM, INC.'S UNCONTESTED MOTION
FOR ADMISSION PRO HAC VICE OF EDWARD V. FILARDI**

  I, Francis P. Newell, counsel for Ribapharm, Inc. in the above action, and being a member in good standing of the bar of this Court, hereby move the Court to admit pro hac vice Edward V. Filardi, Esquire, of the New York bar, and in support of said motion state that:

  1. Edward V. Filardi is a partner of the firm of Skadden, Arps, Slate, Meagher & Flom, LLP with an address and telephone number as follows:

    Four Times Square
    New York, NY  10036
    (212) 735-3060

450736v1

2. Edward V. Filardi is admitted to practice before the Supreme Court of New York, and his date of admission was 1977.  <u>See</u> Certification of Edward V. Filardi, attached hereto as Exhibit "A".

3. Edward V. Filardi is also admitted to practice before the following federal courts:

**<u>Court</u>**

United States Supreme Court
United States District Court for the Eastern District of New York
United States District Court for the Southern District of New York
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Federal Circuit

<u>See</u> <u>id.</u>

4. Edward V. Filardi is familiar with the law and facts pertinent to this case. Ribapharm, Inc. believes that its representation would be furthered if Edward V. Filardi is permitted to participate fully and on the record in this case.

5. If admitted <u>pro</u> <u>hac</u> <u>vice</u> in this matter, Edward V. Filardi will abide by the Local Rules of Civil Procedure of the Eastern District of Pennsylvania. Pursuant to Local Rule 83.5.2(a), the undersigned will remain associate counsel of record.

4

WHEREFORE, counsel for Ribapharm, Inc. hereby requests that this Court grant its Uncontested Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Edward V. Filardi, Esquire, in the above-captioned matter.

_____
Francis Patrick Newell (I.D. No. 22277)
Michael J. Butler (I.D. No. 81799)
123 South Broad Street
Philadelphia, PA  19109-1099
Tel:  (215) 772-1500
Fax: (215) 772-7620

Of Counsel:

Montgomery, McCracken, Walker & Rhoads, LLP

Attorneys for Ribapharm, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 02-CV-3231 |
| vs. | : | |
| | : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATION OF EDWARD V. FILARDI IN SUPPORT OF**
**RIBAPHARM, INC.'S UNCONTESTED MOTION**
**FOR ADMISSION PRO HAC VICE OF EDWARD V. FILARDI**

I, Edward V. Filardi, certify that the following information is true and correct:

1. I make this certification in support of an application that I be permitted to appear in the above-captioned civil action. This certification is based upon my personal knowledge.

2. I am an attorney at law in the State of New York, and am a partner at the firm of Skadden, Arps, Slate, Meagher & Flom LLP.

3. I am a member of the bar of the State of New York.

4. I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

5. I am and at all times have been a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings against me in any jurisdiction.

-5-

450736v1

7.  I am associated in this matter with Francis P. Newell who is an attorney-at-law of the Commonwealth of Pennsylvania and admitted to practice before this Court.

8.  I am familiar with the law and facts pertinent to this case.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : : | |
| Plaintiff, | : : | Civil Action No.: 02-CV-3231 |
| vs. | : : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : : : | |
| Defendants. | : | |

## CERTIFICATE OF COUNSEL WITH RESPECT TO
## RIBAPHARM, INC.'S UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE
## OF EDWARD V. FILARDI
## PURSUANT TO LOCAL RULE 7.1(b)

The undersigned counsel hereby certifies, pursuant to Local Rule of Civil Procedure 7.1(b), that the attached Plaintiff Ribapharm, Inc.'s Uncontested Motion for Admission Pro Hac Vice of Edward V. Filardi is uncontested.

_____
Francis Patrick Newell (I.D. No. 22277)
Michael J. Butler (I.D. No. 81799)
123 South Broad Street
Philadelphia, PA  19109-1099
Tel:  (215) 772-1500
Fax: (215) 772-7620

Of Counsel:

Montgomery, McCracken, Walker & Rhoads, LLP

Attorneys for Plaintiff Ribapharm, Inc.

450736v1

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July, 2002, I caused to be served the foregoing Plaintiff Ribapharm, Inc.'s Uncontested Motion for Admission Pro Hac Vice of Edward V. Filardi by United States First-Class Mail, postage prepaid, upon the following:

>Thomas B. O'Brien, Jr.
>Joseph B. Silverstein
>Klett Rooney Lieber & Schorling
>Two Logan Square, 12th Floor
>Philadelphia, PA  19103
>
>Steven A. Maddox
>McDermott, Will & Emery
>600 Thirteenth Street, N.W.
>Washington, D.C.  20005-3096

_____
Michael J. Butler

450736v1