IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : : | |
| Plaintiff, | : : | Civil Action No.: 02-CV-3231 |
| vs. | : : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : : : | |
| Defendants. | : | |

## ORDER GRANTING ADMISSION PRO HAC VICE

AND NOW, this _____ day of _____, 2002, upon the motion of Ribapharm, Inc. and finding no opposition, it is ORDERED that Douglas R. Nemec, Esquire, is hereby admitted pro hac vice.

BY THE COURT:

_____
United States District Judge

450736v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIBAPHARM, INC., a Delaware Corporation, : : : | |
| Plaintiff, : : | |
| : | Civil Action No.: 02-CV-3231 |
| vs. : : | |
| THREE RIVERS PHARMACEUTICALS, : INC., a Pennsylvania Limited Liability : Company, : : | |
| Defendants. : | |

**RIBAPHARM, INC.'S UNCONTESTED MOTION
FOR ADMISSION PRO HAC VICE OF DOUGLAS R. NEMEC**

I, Francis P. Newell, counsel for Ribapharm, Inc. in the above action, and being a member in good standing of the bar of this Court, hereby move the Court to admit pro hac vice Douglas R. Nemec, Esquire, of the New York bar, and in support of said motion state that:

1.   Douglas R. Nemec is a member of the firm of Skadden, Arps, Slate, Meagher & Flom, LLP with an address and telephone number as follows:

      Four Times Square
      New York, NY  10036
      (212) 735-2419

450736v1

2. Douglas R. Nemec is admitted to practice before the Supreme Court of New York, and his date of admission was February 3, 1997. See Certification of Douglas R. Nemec, attached hereto as Exhibit "A".

3. Douglas R. Nemec is also admitted to practice before the following federal courts:

**Court**

United States District Court for the Southern District of New York
United States District Court for the Eastern District of New York
United States Court of Appeals for the Federal Circuit

See id.

4. Douglas R. Nemec is familiar with the law and facts pertinent to this case. Ribapharm, Inc. believes that its representation would be furthered if Douglas R. Nemec is permitted to participate fully and on the record in this case.

5. If admitted pro hac vice in this matter, Douglas R. Nemec will abide by the Local Rules of Civil Procedure of the Eastern District of Pennsylvania. Pursuant to Local Rule 83.5.2(a), the undersigned will remain associate counsel of record.

WHEREFORE, counsel for Ribapharm, Inc. hereby requests that this Court grant its Uncontested Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Douglas R. Nemec, Esquire, in the above-captioned matter.

 

_____
Francis Patrick Newell (I.D. No. 22277)
Michael J. Butler (I.D. No. 81799)
123 South Broad Street
Philadelphia, PA  19109-1099
Tel:  (215) 772-1500
Fax: (215) 772-7620

Of Counsel:

Montgomery, McCracken, Walker & Rhoads, LLP

            Attorneys for Ribapharm, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 02-CV-3231 |
| vs. | : | |
| | : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : | |
| Defendants. | : | |

**CERTIFICATION OF DOUGLAS R. NEMEC IN SUPPORT OF
RIBAPHARM, INC.'S UNCONTESTED MOTION
FOR ADMISSION PRO HAC VICE OF DOUGLAS R. NEMEC**

I, Douglas R. Nemec, certify that the following information is true and correct:

1. I make this certification in support of an application that I be permitted to appear in the above-captioned civil action. This certification is based upon my personal knowledge.

2. I am an attorney at law in the State of New York, and am an associate at the firm of Skadden, Arps, Slate, Meagher & Flom LLP.

3. I am a member of the bar of the State(s) of New York.

4. I am admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

5. I am and at all times have been a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings against me in any jurisdiction.

-5-

450736v1

7. I am associated in this matter with Francis P. Newell who is an attorney-at-law of the Commonwealth of Pennsylvania and admitted to practice before this Court.

8. I am familiar with the law and facts pertinent to this case.

_____

-6-

450736v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC., a Delaware Corporation, | : : | |
| Plaintiff, | : : | Civil Action No.: 02-CV-3231 |
| vs. | : : | |
| THREE RIVERS PHARMACEUTICALS, INC., a Pennsylvania Limited Liability Company, | : : : | |
| Defendants. | : | |

## CERTIFICATE OF COUNSEL WITH RESPECT TO RIBAPHARM, INC.'S UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE OF DOUGLAS R. NEMEC PURSUANT TO LOCAL RULE 7.1(b)

The undersigned counsel hereby certifies, pursuant to Local Rule of Civil Procedure 7.1(b), that the attached Plaintiff Ribapharm, Inc.'s Uncontested Motion for Admission Pro Hac Vice of Douglas R. Nemec is uncontested.

_____
Francis Patrick Newell (I.D. No. 22277)
Michael J. Butler (I.D. No. 81799)
123 South Broad Street
Philadelphia, PA  19109-1099
Tel:  (215) 772-1500
Fax: (215) 772-7620

Of Counsel:

Montgomery, McCracken, Walker & Rhoads, LLP

Attorneys for Plaintiff Ribapharm, Inc.

450736v1

## CERTIFICATE OF SERVICE

    I hereby certify that on this ___ day of July, 2002, I caused to be served the foregoing Plaintiff Ribapharm, Inc.'s Uncontested Motion for Admission Pro Hac Vice of Douglas R. Nemec by United States First-Class Mail, postage prepaid, upon the following:

>Thomas B. O'Brien, Jr.
>Joseph B. Silverstein
>Klett Rooney Lieber & Schorling
>Two Logan Square, 12th Floor
>Philadelphia, PA  19103
>
>Steven A. Maddox
>McDermott, Will & Emery
>600 Thirteenth Street, N.W.
>Washington, D.C.  20005-3096

                                                Michael J. Butler

450736v1