IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIBAPHARM, INC.** | : | **CIVIL ACTION** |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **THREE RIVERS** | : | |
| **PHARMACEUTICALS, LLC,** | : | **NO. 02-CV-3231** |
|     Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2002, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1. The parties shall fully and completely answer all interrogatories and exchange all requested documents no later than **5:00 p.m.** on **August 9, 2002**.

2. Any depositions shall be scheduled after the parties have answered interrogatories and exchanged documents.

                                                   **BY THE COURT:**

                                                   _____

                                                   **Berle M. Schiller, J.**