IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIBAPHARM, INC., a Delaware Corporation | : : : |
| Plaintiff, | : Civil Action No.: 02-3231 : |
| v. | : : |
| THREE RIVERS PHARMACEUTICALS, LLC, a Pennsylvania limited liability Company | : : : |
| Defendant. | : : |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter my appearance on behalf of defendant, Three Rivers Pharmaceuticals, LLC, in the above-captioned matter.

KLETT ROONEY LIEBER &SCHORLING

By:_____
Joseph B. Silverstein, Esquire
Two Logan Square, 12th Floor
Philadelphia, PA  19103-2756
(215) 567-7615
(215) 567-2737 (fax)

Attorneys for Defendant
Three Rivers Pharmaceuticals, LLC

Dated: _____

## **CERTIFICATE OF SERVICE**

I, Joseph B. Silverstein, hereby certify that I served or caused to be served, on this day a copy of the attached Praecipe for Entry Appearance upon all counsel of record via facsimile and regular mail.

_____
Joseph B. Silverstein

Dated: _____