IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIBAPHARM, INC., a Delaware Corporation | : : : |
| Plaintiff, | : Civil Action No.: 02-3231 |
| v. | : : |
| THREE RIVERS PHARMACEUTICALS, LLC, a Pennsylvania limited liability Company | : : : |
| Defendant. | : : |

## ORDER

**AND NOW,** this ____ day of _____, 2002, upon consideration of the foregoing Motion for Admission of Counsel *Pro Hac Vice*, it is hereby ORDERED that Stephanie L. Nagel be admitted *pro hac vice* to appear as co-counsel to defendant, Three Rivers Pharmaceuticals, LLC, in the matter herein.

_____
SCHILLER, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIBAPHARM, INC.,<br>a Delaware Corporation | :<br>:<br>: |
| Plaintiff, | : Civil Action No.: 02-3231 |
| v. | : |
| THREE RIVERS PHARMACEUTICALS, LLC,<br>a Pennsylvania limited liability Company | : |
| Defendant. | : |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Defendant, Three Rivers Pharmaceuticals, LLC ("Three Rivers"), by and through its attorneys, Klett Rooney Lieber & Schorling, files the following Motion for Admission of Counsel *Pro Hac Vice* and states as follows:

1.  Stephanie L. Nagel is an attorney with the law firm of McDermott, Will & Emery located at the following address:

> McDermott, Will & Emery
> 600 13th Street, N.W.
> Washington, D.C. 20005-3096
> (202) 756-8000 (Tel.)
> (202) 756-8087 (Fax)

2.  Ms. Nagel is a member in good standing of the Bars of the District of Columbia and Delaware, and is familiar with the facts and legal issues involved in this litigation.

3.  Ms. Nagel has been requested by Three Rivers to represent it in this matter and represents Three Rivers in two related cases pending in the United States District Court for the

KRLSPHI:173644.1

Western District of Pennsylvania, captioned <u>Schering Corporation v. Three Rivers Pharmaceuticals, Inc.</u>, Nos. 01-1894 and 02-0613 (W.D. Pa. filed October 10, 2001 and March 28, 2002).

      4.      Because of her expertise in the issues involved herein and at the request of Three Rivers, Ms. Nagel has requested that this application for admission *pro hac vice* in this matter be made on her behalf.

      5.      The law firm of Klett Rooney Lieber & Schorling has been associated with Three Rivers as local counsel in this action and will continue in that role.

      6.      This Motion is uncontested.

WHEREFORE, Three Rivers Pharmaceuticals, LLC respectfully requests that this Honorable Court grant its Motion for the admission of Stephanie L. Nagel, *pro hac vice*.

Respectfully submitted,

KLETT ROONEY LIEBER & SCHORLING

By:_____
    Thomas B. O'Brien, Jr., Esquire
    Joseph B. Silverstein, Esquire
    Two Logan Square, 12th Floor
    Philadelphia, PA 19103-2756
    (215) 567-7646
    (215) 567-2737 (fax)

    Attorneys for Defendant
    Three Rivers Pharmaceuticals, LLC

Dated:_____

KRLSPHI:173644.1

KRLSPHI:173644.1

## CERTIFICATE OF SERVICE

_____I, Joseph B. Silverstein, hereby certify that I served or caused to be served, on this day a copy of the attached Motion for Admission *Pro Hac Vice* upon all counsel of record via facsimile and regular mail.

_____
Joseph B. Silverstein

Dated: _____

KRLSPHI:173644.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RIBAPHARM, INC.,<br>a Delaware Corporation | : | |
| Plaintiff, | : | Civil Action No.: 02-3231 |
| v. | : | |
| THREE RIVERS PHARMACEUTICALS, LLC,<br>a Pennsylvania limited liability Company | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this ____ day of _____, 2002, upon consideration of the foregoing Motion for Admission of Counsel *Pro Hac Vice*, it is hereby ORDERED that Stephanie L. Nagel be admitted *pro hac vice* to appear as co-counsel to Three Rivers Pharmaceuticals, LLC in the matter herein.

_____
SCHILLER, U.S.D.J.

KRLSPHI:173644.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC., <br> a Delaware Corporation | : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | Civil Action No.: 02-3231 |
| v. | : <br> : | |
| THREE RIVERS PHARMACEUTICALS, LLC, <br> a Pennsylvania limited liability Company | : <br> : <br> : <br> : | |
| Defendant. | : <br> : | |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1(b)**

The undersigned counsel hereby certifies that the foregoing Motion for Admission of Counsel *Pro Hac Vice* of defendant, Three Rivers Pharmaceuticals, LLC, is uncontested.

                                                  KLETT ROONEY LIEBER & SCHORLING

                                            By:_____
                                                 Thomas B. O'Brien, Jr., Esquire
                                                 Joseph B. Silverstein, Esquire
                                                 Two Logan Square, 12th Floor
                                                 Philadelphia, PA 19103-2756
                                                 (215) 567-7646
                                                 (215) 567-2737 (fax)

                                                 Attorneys for Defendant
                                                 Three Rivers Pharmaceuticals, LLC

Dated:_____

KRLSPHI:173644.1