IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THREE RIVERS | : | |
| PHARMACEUTICALS, LLC | : | No. 02-CV-3231 |
|     Defendant. | : | |

### ORDER

**AND NOW**, this **16th** day of **August**, **2002**, following a conference with counsel for the parties, it is hereby **ORDERED** that:

1. On August 26, 2002, there will be a telephone conference during which time the parties in this action will produce a list of party depositions to be taken regarding venue. Plaintiff will arrange the conference call to begin at 4:30 p.m. E.D.T.

2. During this telephone conference, the Court, in consultation with the parties, will determine a date when the parties shall confer on the list of non-party depositions to be taken.

3. During the telephone conference on August 26, 2002, the parties should be prepared to discuss whether this action and/or *ICN Pharmaceuticals, Inc. and Ribapharm, Inc. v. Teva Pharmaceuticals USA*, Civ. A. No. 02-600, should be transferred to the United States District Court for the Southern District of California.

                                    **BY THE COURT:**

                                    _____
                                    **Berle M. Schiller, J.**