IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIBAPHARM, INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THREE RIVERS | : | |
| PHARMACEUTICALS, LLC., | : | No. 02-3231 |
|     Defendant. | : | |

**ORDER**

**AND NOW**, this      day of **August**, **2002**, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1. Plaintiff shall complete its FED.R.CIV.P 30(b)(6) depositions by September 6, 2002.

2. Defendant shall complete its FED.R.CIV.P 30(b)(6) depositions by September 13, 2002.

3. All briefing regarding venue shall be submitted to the Court on September 16, 2002 and shall be no longer than fifteen pages. The parties shall either send their briefs via U.S. mail or hand delivery; briefs should not be faxed to the Court.

4. Oral argument on the issue of venue shall be held before this Court on September 18, 2002, at 4:00 P.M. in Courtroom 5C.

BY THE COURT:

_____
**Berle M. Schiller, J.**