**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RIBAPHARM, INC.,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THREE RIVERS** | : | |
| **PHARMACEUTICALS, LLC.,** | : | **No. 02-3231** |
| **Defendant.** | : | |

**ORDER**

     **AND NOW**, this     day of **SEPTEMBER**, **2002**, pursuant to the Stipulation and Order Transferring Case, it is hereby **ORDERED** that:

     Defendant's Motion to Dismiss for Improper Venue (document no. 3) is **DENIED** without prejudice.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**